January 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

BORIS TWAIN CLEWIS, Appellant

NO. 14-10-01206-CV                              V.

SCOTT K. BOATES, TEMPORARY ADMINSTRATOR WITH ANNEXED OF THE
ESTATE OF REDELL CLEWIS, SR., DECEASED, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 29, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.